**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-0486**

TED G. BYERS

VERSUS

OSCA, INC, ENVIRO-ENERGY PERFORMANCE
GROUP, A GREAT LAKES CHEMICAL CORPORATION
123 INC, ABC INSURANCE COMPANY, XYZ INSURANCE
COMPANY, AND 999 INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20015503,
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy H. Ezell, Judges.

**AFFIRMED.**

**David D. Bravo**
**Leo J. Palazzo**
**Palazzo Law Firm**
**732 Behrman Highway**
**Suites F & G**
**Gretna, LA 70056**
**(504) 433-1442**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Ted G. Byers**

**Timothy W. Basden**
**Breaud & Lemoine**
**Post Office Box 3448**
**Lafayette, LA 70502**
**(337) 266-2200**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **OSCA, Inc. And Enviro-Energy Performance Group**